**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CYRUS HAZARI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　　　Defendants. | Case No.  19-cv-04392-BLF<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE TO FILING MOTION FOR PRELIMINARY INJUNCTION** |

On June 28, 2021, Plaintiff Cyrus Hazari filed a motion for a temporary restraining order based on a tax delinquency sale notice sent by Defendant County of Santa Clara. ECF 38. However, it is not clear to the Court that the complaint alleges any facts related to Plaintiff's tax deficiency. *See generally* Compl., ECF 1. And Plaintiff does not make a showing as to any of the factors outlined in *Winter v. Nat. Res. Def. Council, Inc*., 555 U.S. 7, 20 (2008). In particular, the Court finds that Plaintiff has not demonstrated that he is likely to succeed on the merits of his claims. *See id.* Accordingly, the Court DENIES Plaintiff's motion for a temporary restraining order WITHOUT PREJUDICE to Plaintiff moving for a preliminary injunction.

The Court DENIES AS MOOT Plaintiff's concurrently filed motion for disability accommodation. *See* ECF 37, Hazari Declaration at 2 (requesting that TRO be heard without appearance).

**IT IS SO ORDERED.**

Dated: June 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge